UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COVERALL NORTH AMERICA, INC., )<br>)<br>Petitioner, )<br>)<br>)<br>v. )<br>)<br>DENISSE PINEDA, )<br>)<br>Respondent. )<br>) | Civil Action No. 07-03012 |

**RESPONDENT DENISSE PINEDA'S NOTICE OF MOTION TO
DISMISS THE PETITION OF COVERALL NORTH
AMERICA, INC. TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that on _____ at 10:00 A.M. in the forenoon, or as soon thereafter as counsel can be heard, the undersigned counsel for Respondent, Denisse Pineda, will move before the Honorable William J. Martini, or such other judge as may be designated to hear the matter, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order to Dismiss Petitioner's Petition to Compel Arbitration. Oral argument is requested only if this motion is opposed. In support of said Motion, Respondent will rely on the attached Certification of Counsel.

Dated: August 14, 2007        Cureton Caplan, P.C.
                              Attorneys for Respondent, Denisse Pineda,


                              By    /s/ Jerald R. Cureton
                                 JERALD R. CURETON (JRC 4244)
                                 ANTHONY L. MARCHETTI, JR. (ALM 4302)
                                 3000 Midlantic Drive, Suite 200
                                 Mt. Laurel, NJ 08054
                                 (856) 824-1001
                                 (856) 824-1008 fax