**RICHARD A. HAWS, ESQ.**
**CURETON CAPLAN, P.C.**
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
(856) 824-1008 fax
*Attorneys for Respondent*
*Denisse Pineda*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DENISSE PINEDA,**<br><br>**Defendant.** | **CASE NO.: 07-3012 (WJM) (MF)**<br><br><br><br>**SUPPLEMENTAL DECLARATION OF RICHARD HAWS, ESQ. IN SUPPORT OF BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, Richard Haws, Esq., hereby declare and state as follows:

1) I am an attorney-at-law in the State of New Jersey and an associate with Cureton Caplan, P.C., 3000 Midlantic Drive, Suite 200, Mt. Laurel, New Jersey 08054, attorneys for Defendant in this action.

   a) On October 16, 2007, I submitted a declaration pursuant to L.R.Civ.P. 7(a) to place before the Court certain documents related to Defendant's Brief in Opposition to Plaintiff's motion to compel arbitration.

2) However, one Exhibit referred to in the brief was inadvertently combined with another separate document in the previous Declaration. To correct this situation and make the record clear, I am submitting this supplemental affidavit to place the following corrected list of items before the Court:

a) Exhibit "A" – Second Amended Complaint;

b) Exhibit "B" – Coverall Cleaning Concepts - Franchise Offering Circular;

c) Exhibit "D"-

d) Exhibit "D" – American Arbitration Association – Supplementary Rules for Class Arbitrations; and

e) Exhibit "E" – Commercial Panel Honorable Louis C. Bechtle.

3) I certify that I am familiar with the facts and documents contained herein based upon a review of the file related to this civil action, and that the documents attached hereto are true and correct copies of the documents referred to in each paragraph below.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**CURETON CAPLAN, P.C.**
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054

Dated   October 16, 2007           /S/
                                    Richard A. Haws, Esq.
                                    *Attorneys for Respondent*
                                    *Denisse Pineda*

Q:\5793_COVER\5793.001_COVER-CLAS\Motions\Opposition to Arbitration Motion\Supplemental Certification of Counsel.doc