**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
**telephone: 866-293-4053   facsimile: 401-435-6529**

**Commercial Panel**
**William H. Webster**

**Current Employer-Title**   Milbank, Tweed, Hadley & McCloy LLP - Senior Partner

**Profession**   Attorney - Business Law and Internal Inquiries, Government Contracts, Insurance, Computers

**Work History**   Senior Partner, Milbank, Tweed, Hadley & McCloy, 1991-present; Director, Central Intelligence Agency, 1987-91; Director, Federal Bureau of Investigation, 1978-87; Judge, U.S. Court of Appeals for the Eighth Circuit, 1973-78; Judge, U.S. District Court, Eastern District of Missouri, 1971-73; Partner, Armstrong, Teasdale, Kramer & Vaughan, 1961-70, 1952-60, and 1949-50.

**Experience**   Extensive experience in the above areas of law. Former Director of the Central Intelligence Agency and the Federal Bureau of Investigation. Also former Judge for the U.S. Court of Appeals for the Eighth Circuit Court. Prior experience in banking, antitrust and corporate matters. Worked on the evolution of the Mastercard system. Headed the Webster Commission to evaluate the riots of Los Angeles. Chaired the National Commission on Advancement of Federal Law Enforcement. Chaired the Webster Commission on Criminal Investigative Division of the IRS. Chaired the Commission on Internal Security Procedures of the F.B.I. Member of the President's Homeland Security Advisory Council (Vice Chair).

**Alternative Dispute Resolution Experience**   Arbitrated a dispute between the State of Florida and a major software manufacturer; a dispute between international oil companies over provisions of a liabilities contract; a dispute between a major manufacturer and the U.S. Postal Service; a case between two medical products companies over personnel issues; a dispute between a major health services insurer and their affiliates. Mediated disputes between major chemical manufacturers regarding their respective liabilities to consumers; a case between a bankrupt insurer and a reinsurance company and a matter between two insurance carriers. Acted as special examiner to mediate a bankruptcy plan involving major asbestos claimants. Arbitrated construction dispute between major power equipment manufacturer and major contractor. Mediated a double class action anti-trust dispute between state automobile association members and class of purchasers of 2.5 million automobiles. Arbitrated a dispute between major energy corporation on a joint venture and arbitrated disputes between pharmaceutical companies over joint venture agreements. Arbitrated a dispute between three major wireless companies over right of top executive of one to become chief executive officer of another. Arbitrated dispute between major league baseball team and the stadium authority on parity provisions. Mediated a class action dispute between major league football team and its former season ticket holders. Arbitrated a dispute between major wrestling enterprise and two of its performers.

*William H. Webster*
*123363*

**Alternative Dispute Resolution Training**  ACE005 - Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics, Dublin, 5/05; ACE004 - Practical Tips for Dealing with Delay Tactics of Parties and Advocates, Washington, DC, 2/05; ACE001 - Arbitration Awards: Safeguarding, Deciding & Writing Awards, Washington, DC, 8/04; Attended AAA Annual Board Meeting and satisfied Arbitrator Update and 2004 ACE requirements, New York, 5/04; Annual Arbitrator Update 2002; AAA Commercial Arbitrator II Training, New York, 12/02; AAA Commercial Arbitrator Training, Orlando, 10/98.

**Professional Licenses**  Admitted to the Bar: Missouri, 1949; U.S. District Court: Eastern District of Missouri, 1950; District of Columbia, 1980; U.S. Court of Appeals, Eighth Circuit, 1960; U.S. Supreme Court, 1960.

**Professional Associations**  American Bar Association (Business Law Section, Past Chair; Standing Committee on Law and National Security, Counselor); Institute of Judicial Administration (Past President); American Law Institute; American Bar Foundation (Fellow); American College of Trial Lawyers (Hon. Fellow); National Legal Center for the Public Interest (Council, Past Chair); Center for Strategic and International Studies; American Arbitration Association (Board of Directors).

**Education**  Amherst College (BA-1947; LLD-1970); Washington University (LLB-1949; LLD-1978).

**Compensation**     $700.00 Per Hour
Hourly rate charged for all time devoted to AAA matter. Bills for disbursement items such as copying, telephone/telecopy (including local & long distance), travel, mail (U.S./foreign postage, UPS/FEDEX), cab charges, courier services, meals, printing charges, and computerized database research charges.

**Citizenship**  United States of America

**Locale**  Washington, DC

*William H. Webster*
*123363*

**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
telephone: 866-293-4053   facsimile: 401-435-6529

**Commercial Panel**
**John M. Townsend, Esq.**

**Current Employer-Title**   Hughes Hubbard & Reed LLP - Partner

**Profession**   Attorney - Domestic and International Litigation, Arbitration, Antitrust

**Work History**   Partner and Chair of Arbitration and ADR Group, Hughes Hubbard & Reed LLP, 1971-present.

**Experience**   As Partner with Hughes Hubbard & Reed LLP, has worked in the New York, Paris, and Washington offices. Litigation experience includes submission of amicus curiae brief to U.S. Supreme Court on behalf of the AAA in a case between an individual and a financial corporation; defense of a major greeting cards company in the skywalk collapse litigation in Kansas City and the Blue Mountain Arts trade dress litigation; representation of German government as amicus curiae in a trademark litigation; representation of a major chemical company before the European Commission and related International Chamber of Commerce arbitration; representation of numerous foreign corporations in U.S. courts in jurisdiction disputes and on the merits; and many other antitrust, securities, stockholder, RICO, fraud, product liability, banking, defamation, licensing, and contract cases and class actions.

**Alternative Dispute Resolution Experience**   Experience as an advocate and a neutral in AAA, International Chamber of Commerce, National Association of Securities Dealers, New York Stock Exchange, Netherlands Arbitration Institute, CPR, and ad hoc arbitrations and mediations since 1973. Subject matter has included patent, technology, and trademark licenses; European and U.S. competition law; merger and acquisition agreements; partnership disputes; construction; securities trading; executive compensation; and commercial contracts. Served on committees that wrote and revised the American Arbitration Association International Arbitration Rules, The AAA Supplementary Rules for Class Arbitrations, and CPR Arbitration Rules. One of the AAA representatives on working group to revise the AAA - ABA Code of Ethics for Arbitrators in Commercial Disputes. Faculty, AAA International Arbitration Symposium.

**Alternative Dispute Resolution Training**   ACE005 - Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics, Dublin, 5/05; Faculty, ICDR, ADR Advanced International Symposium, New York, 2/05, Auckland, New Zealand, 10/04; attended AAA Annual Board Meeting and satisfied Arbitrator Update and 2004 ACE requirements, New York, 5/04; faculty, AAA International Arbitration Symposium, San Francisco, 9/03; AAA International Arbitration Symposium, New York, 3/03; AAA Commercial Arbitrator II Training, Washington, DC, 11/02; AAA Arbitrator Update 2001; AAA International Arbitrator Training, Washington, D.C.,

6/00; AAA Commercial Arbitrator Training, Washington, DC, 1/99; faculty, AAA Seminar on Mediation Advocacy, 11/97; AAA Advanced Mediation Skills Training, Washington, D.C., 7/95; AAA Large, Complex Case Panel Arbitrator Training, Washington, D.C., 1993; various other ADR trainings.

**Professional Licenses**   Admitted to the Bar:  New York, 1972; District of Columbia, 1990; U.S. District Court: Southern and Eastern Districts of New York; District of Columbia; Eastern District of Wisconsin; District of Colorado; U.S. Court of Appeals:  First, Second, Fourth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits; U.S. Court of Federal Claims, 2000; U.S. Supreme Court, 1975.

**Professional Associations**   American Arbitration Association (Board of Directors; Executive Committee, Chair; Law Committee); American Law Institute; U.S. Council for International Business (Arbitration Committee, Trustee); CPR Challenge Review Board; American Bar Association (Litigation Section; International Section; Dispute Resolution Section; Antitrust Section); DC Bar (ADR Committee); Association of the Bar of the City of New York; New York State Bar Association (Arbitration and ADR Committee); International Bar Association (Arbitration Committee; Mediation Committee, Chair); Union Internationale des Avocats; London Court of International Arbitration North American Users Council; College of Commercial Aribtrators (Member and Director).

**Education**   Yale University (BA-1968; JD-1971).

**Publications and Speaking Engagements**   "Arbitrator Neutrality and Disclosure:  The End of the 'American Problem'," JOURNAL OF INTERNATIONAL DISPUTE RESOLUTION - IDR, June 2005; "Clash and Convergence on Ethical Issues in International Arbitration," INTER-AMERICAN LAW REVIEW, FALL 2004; "The Federal Arbitration Act is Too Important to Amend," THE INTERNATIONAL ARBITRATION NEWS, Summer 2004; co-author, "Revised Code of Ethics for Commercial Arbitrators," DISPUTE RESOLUTION JOURNAL, February/April, 2004; co-author, "Commentary on the July 2003 Revisions to the AAA Commercial Arbitration Rules," DISPUTE RESOLUTION JOURNAL, November 2003/January 2004; "Drafting Arbitration Clause - Avoiding the 7 Deadly Sins," DISPUTE RESOLUTION JOURNAL, February-April 2003; co-author, "Bridging the Common Law-Civil Law Divide in Arbitration," ARBITRATION INTERNATIONAL, February 2002; "Recent Developments in NAFTA Arbitration," ADR CURRENTS, September-November 2001; "Obtaining a Preliminary Injunction in Aid of Arbitration," THE METROPOLITAN CORPORATE COUNSEL, August 1999; "What to Do Until the Arbitrator Comes: Obtaining Urgent Preliminary Relief," CORPORATE COUNSEL MAGAZINE, May 1999; "The Case for Site Licenses," EUROPEAN COMPETITION LAW REVIEW, March 1999; "Nonsignatories and Arbitration:  Agency, Alter Ego and Other Identity Issues," ADR CURRENTS, September 1998; "The Initiation of Arbitration Procedures," ICSID REVIEW - FOREIGN INVESTMENT LAW JOURNAL, Spring 1998; "Keeping Your Ammunition Ready," JURISTE INTERNATIONAL, December 1997; "Recourse Against the Arbitrator," THE STATUS OF THE ARBITRATOR, special supplement to the ICC INTERNATIONAL COURT OF ARBITRATION BULLETIN, December 1995; "Provisional Remedies in Aid of Arbitration," THE PREPARATION AND TRIAL OF A COMMERCIAL ARBITRATION, New York State Bar

Association, 1990; "Right to Trial by Jury in Declaratory Judgment Actions," 3 CONNECTICUT LAW REVIEW 564, 1971.

**Compensation**  $675.00 Per Hour

Time spent (in quarter-hour increments) for reading correspondence and documents, phone conferences, preparation for hearings, and hearings. Travel time and expenses when arranged for hearings outside Washington, D.C. Cancellation policy: charge for 50% of all hearing time cancelled if cancellation notice is received less than 30 days before first date cancelled.

**Languages** French

**Citizenship** United States of America

**Locale** Washington, DC

*John M. Townsend, Esq.*
*30103*

**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
**telephone:** 866-293-4053   **facsimile:** 401-435-6529

**Commercial Panel**
**Hon. Louis C. Bechtle**

**Current Employer-Title**  Conrad O'Brien Gellman & Rohn, P.C. - Partner

**Profession**  Attorney, Retired Federal Judge

**Work History**  Partner, Conrad O'Brien Gellman & Rohn, P.C., 2001-present; Chief U.S. District Court Judge/U.S. District Court Judge, U.S. District Court, Eastern District of Pennsylvania, 1972-01; U.S. Attorney, U.S. Department of Justice, 1969-72; Partner, Wisler, Pearlstine, Talone, Craig, Garrity and Potash, LLP, 1963-69; Associate, Jacoby & Maxmin, 1959-63; Assistant U.S. Attorney, U.S. Department of Justice, 1957-59.

**Experience**  Has been admitted in the Commonwealth of Pennsylvania since 1955. Served as assistant U.S. attorney from 1957 to 1959, with civil and criminal responsibility including the trial of jury cases and the preparation of briefs and argument of appeals in the U.S. Court of Appeals for the Third Circuit. Thereafter, engaged in private practice. In 1969, appointed the U.S. attorney by the President of the United States and served in that role for three years. In that role served as the highest-ranking federal judicial law enforcement officer in the district and was responsible for the administration and disposition of all civil and criminal cases arising in the Eastern District of Pennsylvania. In 1972, appointed a U.S. District Court judge by the President of the United States, serving in this position until July of 2001. During this period, also served as chief judge of the U.S. District Court. Administered jury and non-jury trials in civil and criminal matters during this 30-year period on the bench. Carried a full docket of civil and criminal cases for that period of time. Has administered nationwide complex litigation, which included settlement and mediation, as well as trial and litigation administration. Served as a member of the Multidistrict Litigation Panel through appointment by the Chief Justice of the United States. Also served eight years on the Judicial Conference Committee for the administration of the U.S. Magistrate System.

**Alternative Dispute Resolution Experience**  While a judge, engaged considerably in alternative dispute resolution, including mediations and settlement negotiations of all cases, including many large cases. Currently a member of the AAA's Large Complex Case Panel and Mid-Atlantic Federal Judicial Panel.

**Alternative Dispute Resolution Training**  ACE005 - Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics, Dublin, 5/05; ACE003 - Arbitrator Ethics & Disclosure, 7/04; AAA Commercial Arbitrator II Training, Philadelphia, 6/03; AAA Arbitrator I Training-Fundamentals of the Arbitration Process, New York, 12/02.

*Hon. Louis C. Bechtle*
*151074*

**Professional Licenses**   Admitted to the Bar, Pennsylvania, 1955.

**Professional Associations**   American Bar Association; Philadelphia Bar Association; Pennsylvania Bar Association; Montgomery County Bar Association.

**Education**   Temple University (BS, Business Administration-1952; LLB-1954).

**Compensation**   $545.00 Per Hour

Hourly rate applies to time spent for all serviced in connection with an appointment, including pre-hearing, hearing, post hearing, travel and necessary study time. In large complex or any case where a reasoned award is required, services of a research assistant at a rate range of $145-195 may be utilized if in the best judgment of the arbitrator it is necessary. This cost will only be incurred after disclosure to the parties and their acceptance of the proposal. Travel expenses and related costs would apply to a research assistant as in the case of the arbitrator.

**Citizenship**   United States of America

**Locale**   Philadelphia, PA

*Hon. Louis C. Bechtle*
*151074*

**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914

**telephone: 866-293-4053   facsimile: 401-435-6529**

**Commercial Panel**
**Arthur J. England Jr.**

**Current Employer-Title**   Greenberg Traurig, P.A. - Shareholder

**Profession**   Attorney

**Work History**   Shareholder, Greenberg Traurig, P.A., 1992-present; Chief Executive Officer, Fine Jacobson Schwartz Nash Block & England, 1984-92; Partner, Steel Hector & Davis, 1981-84; Chief Justice/Justice, Florida Supreme Court, 1975-81; Partner, Paul & Thomson, 1973-74; Consumer Advisor/Special Counsel, Florida House of Representatives, 1971-73; Partner, Scott McCarthy Steel Hector & Davis, 1969-70; Partner, Culverhouse Tomlinson Taylor & DeCarion, 1964?69; Attorney, Dewey Ballantine Bushby Palmer & Wood, 1961?64.

**Experience**   Former Chief Justice of the Florida Supreme Court. Predominant practice is in the areas of appellate, constitutional and administrative law. Faculty member, Appellate Practice Institutes, sponsored by Appellate Judges Conference of the American Bar Association. Adjunct professor of law, Florida State University College of Law (1971, 1979).

**Alternative Dispute Resolution Experience**   American Arbitration Association panel arbitrator since 1987, and appellate panelist Asbestos Claims Facility from 1980 to 1991.

**Alternative Dispute Resolution Training**   Attended AAA Neutrals Conference and satisfied 2004 ACE requirements, San Antonio, 3/04; Arbitrator Update 2004, San Antonio; AAA Arbitrator Update 2002; AAA Commercial Arbitrator II Training, Miami, 3/02.

**Professional Licenses**   Admitted to the Bar: Florida; New York; Colorado. Board Certified, Appellate Law.

**Professional Associations**   American Academy of Appellate Lawyers (Charter President); American Bar Association; American Judicature Society; American Law Institute (Life Member); Dade County Bar Association (Life Member); Association of the Bar of the City of New York.

**Education**   University of Pennsylvania (BS, Economics-1955; LLB-1961); University of Miami (LLM, Taxation-1972).

**Publications and Speaking Engagements**   "Interest on Lawyers' Trust Accounts," NEW

*Arthur J. England Jr.*
*71605*

YORK STATE BAR JOURNAL, April 1983; co-author, "History of Interest on Trust Account Program," FLORIDA BAR JOURNAL, vol. 56, no. 101, 1982; co-author, "An Analysis of the 1980 Jurisdictional Amendment," FLORIDA BAR JOURNAL, vol. 54, no. 406, 1980; co-author, "Constitutional Jurisdiction of the Supreme Court of Florida," UNIVERSITY OF FLORIDA LAW REVIEW, vol. 32, no. 147, 1980; co-author, FLORIDA ADMINISTRATIVE PRACTICE MANUAL, D & S Publishers; co-author, FLORIDA APPELLATE PRACTICE MANUAL, D & S Publishers; co-author, PRACTICAL GUIDE TO THE APPELLATE COURTS OF FLORIDA, Revere Legal Publishers.

**Compensation**     $500.00 Per Hour

**Citizenship** United States of America

**Locale** Miami, FL

*Arthur J. England Jr.*
*71605*

**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
telephone: 866-293-4053   facsimile: 401-435-6529

**Commercial Panel**
**William Dreier, Esq.**

**Current Employer-Title**  Norris, McLaughlin & Marcus, P.A. - Principal

**Profession**  Attorney, Arbitrator, Mediator

**Work History**  Principal, Norris, McLaughlin & Marcus, P.A., 1998-present; Presiding Judge/Judge, Appellate Division, Superior Court of New Jersey, 1983-98; Judge, Chancery Division, Superior Court of New Jersey, 1980-83; Judge, Law Division, Superior Court of New Jersey, 1973-80; Corporation Counsel, City of Plainfield, 1969-73; Partner/Associate, Mackenzie, Welt & Dreier (and predecessor, Gordon, Mackenzie and Welt), 1962-73.

**Experience**  Legal expertise in all areas of civil law and procedure. Emphasis on tort law (products liability), commercial law (former banking attorney), construction and municipal law (former municipal attorney). Twenty-five years of experience on the bench. Best Lawyers in America, 2005-2006 (ADR).

**Alternative Dispute Resolution Experience**  Sole arbitrator, chairman, and panel member arbitrator in complex commercial matters, telecommunications industry disputes, product liability, environmental and other claims. Has served on several hundred matters. Faculty member for annual New Jersey Judicial College, New Judge Dispute Resolution Training, from 1977 to date; national lecturer on ADR.

**Alternative Dispute Resolution Training**  ACE004 - Dealing With Delay Tactics in Arbitration, 08/05; NJCLE, ADR Training, 2005; Inn of Court, ADR Training, 2001-2005; ACE001 - Arbitration Awards: Safeguarding, Deciding & Writing Awards, 05/04; AAA Commercial Arbitrator II Training: Advanced Case Management Issues, Somerset, 4/01; AAA Commercial Arbitrator Training, Somerset, 4/00; Center for Dispute Settlement, Mediation Training, Washington, DC, 4/99; National Judicial College, Dispute Resolution Training, 1995.

**Professional Licenses**  Admitted to the Bar: New Jersey, 1961; New York, 1988; U.S. District Court: District of New Jersey, 1961; Southern District of New York, 1999; U.S. Court of Appeals: Third (1972) and Second (1999) Circuits.

**Professional Associations**  American Law Institute; Columbia Law School Board of Visitors; New Jersey Law Journal Editorial Board; New Jersey State Bar Association; American Bar Association; Marie Garibaldi Inn of Court.

*William Dreier, Esq.*
*149826*

**Education**  Massachusetts Institute of Technology (BS-1958); Columbia Law School (JD-1961).

**Publications and Speaking Engagements**  "New Jersey Products Liability and Toxic Torts Law," annual editions, GANN LAW BOOKS, 1995-to date; "Products Liability and Toxic Torts in New Jersey - A Practitioner's Guide," NJICLE, six editions with annual supplements, 1978-1993; "Chancery Practice in New Jersey," NJICLE, six editions, 1983-2005; "Secured Transactions Under the Revised Uniform Commercial Code," NJICLE, eight editions, 1965-1989; over 30 law review and journal articles; approximately 380 published judicial opinions. Regular lecturer nationally and in New Jersey on ADR and other topics for American Law Institute, American Bar Association, New Jersey Institute of Continuing Legal Education and other organizations.

**Compensation**           $470.00 Per Hour
Ten hour minimum. Cancellation Fee: over 60 days: no charge; 30-59 days: one-third of fees; 15-29 days: two-thirds of fees; within 15 days: full fee (all based on scheduled sessions at 8 hours per day for sessions cancelled); no charges for lost time otherwise able to be billed. Overnight based on 10-hour days. Including study time, plus out-of-pocket expenses, and travel time.

**Citizenship**  United States of America

**Locale**  Somerville, NJ

*William Dreier, Esq.*
*149826*

**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
telephone: 866-293-4053   facsimile: 401-435-6529

**Commercial Panel**
**Brendan M. Hare, Esq.**

**Current Employer-Title**   Hare & Chaffin - Managing Partner

**Profession**   Attorney - Computer, Commercial Litigation

**Work History**   Managing Partner, Hare & Chaffin, 1990-present; Partner, Wickens, Hare, Koches & Brooks, 1988-90; Associate General Counsel, Honeywell, Inc., 1976-88; Associate, Lyne, Woodworth & Evarts, 1974-76; Staff Attorney, Office of Executive Secretary, Supreme Judicial Court, 1973-74; Instructor of Economics, Merrimack College, 1967-69.

**Experience**   Over 25 years' experience litigating the full spectrum of commercial and corporate legal issues arising in the computer, communications, controls and alarm industries. Specializes in computer performance and contract disputes (70%). Prosecutes and defends claims involving hardware and software vendors. Has assessed several hundred computer-related disputes from both plaintiff and defense standpoints. Has acted as advisor to multinational computer and controls companies. Provides litigation management services nationally for a prominent manufacturer. Represents various major computer corporations in civil disputes valued to $100 million.

**Alternative Dispute Resolution Experience**   Advocate in arbitrations and mediations involving: $150 million ERP dispute between a major consulting house and a large manufacturer; $50 million contract dispute between a major government vendor and a subcontracting computer company; an age discrimination claim involving eight claimants; wrongful death claims surrounding two minors allegedly burned in a residential fire; dispute involving extensive burns allegedly caused by high water temperature; and $12 million dispute involving the development of an infrared imaging system for the firefighting market place. Since 1989, arbitrated several disputes including an $83 million dispute against a software developer relating to an enterprise-wide system for a major Massachusetts-based issuer; multimillion-dollar computer performance dispute between a large software distributor and a banking/thrift institution; dispute involving a large software supplier and an insurance company; $25 million claim against a software developer relating to a process control system for a plastics company; $23 million claim against a software developer relating to an enterprise-wide system for a large multistore retailer of both soft goods an big ticket issues, an $8 million dispute centering on the development and marketing of a web browser; multimillion-dollar dispute involving the development of software for the telecommunications industry; and numerous software development/royalty disputes involving several hundreds of thousands of dollars. Served as arbitrator in class action involving marketing practices of Prudential Life Insurance Co.

**Alternative Dispute Resolution Training**   Attended AAA Neutrals Conference,

*Brendan M. Hare, Esq.*
*98052*

Atlanta, 10/04; ACE004 - Practical Tips for Dealing with Delay Tactics of Parties and Advocates, Atlanta, 10/04; AAA Commercial Arbitrator II Training, Boston, 4/02; AAA Arbitrator Update 2001; Certified Massachusetts Mediator Training, 9/00; faculty, AAA Commercial Train the Trainer Course, Atlanta, 11/98.

**Professional Licenses**   Admitted to the Bar: Massachusetts, 1973; New York, 1980; U.S. District Court, District of Massachusetts, 1974.

**Professional Associations**   American Bar Association; Boston Bar Association (Computer Law Committee, Past Co-chair); American Arbitration Association (Computer Disputes Advisory Committee; Subcommittee on Class Actions).

**Education**   Merrimack College (BA, cum laude-1967); Syracuse University (MA, Economics-1969); Suffolk University (JD, cum laude-1973).

**Publications and Speaking Engagements**   Past member of Editorial Board, INSIDE LITIGATION.

**Compensation**          $275.00 Per Hour
Hourly rate applies to hearings and study time.

**Citizenship**   United States of America

**Locale**   Boston, MA

*Brendan M. Hare, Esq.*
*98052*