## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon
Tod A. Cochran
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen
Laurie R. Houle
Erica F. Crystal

*Also admitted in Maine
**Also admitted in New York

April 24, 2008

**VIA ELECTRONIC FILING**
The Honorable William J. Martini
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 4076
Newark, NJ 07102

RE:   Coverall North America, Inc. v. Denisse Pineda, No. 07-3012

Dear Judge Martini:

As explained in briefing to this Court in opposition to Coverall's petition to compel arbitration, the precise issue before this Court—the enforceability of Coverall's arbitration clause—is currently pending before a federal court in Massachusetts in a previously filed case, Awuah, et al. v. Coverall North America, Inc., D. Mass. Civil Action No. 07-10287. Respondent Denisse Pineda is a named plaintiff in the Awuah case. I am writing now to inform this Court that the Honorable William G. Young has scheduled a hearing for May 29, 2008, on Plaintiffs' Motion to Strike Coverall's Arbitration Clause in the Awuah action. A copy of the electronic notice of this hearing is attached. Respondent Denisse Pineda requests that this Court hold off on ruling on Coverall's petition to compel arbitration until after the May 29 hearing date.

Sincerely,

Hillary Schwab, Esq.

Enclosure.

<span>

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Wednesday, April 23, 2008 9:51 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-10287-WGY Awuah v. Coverall North America, Inc., Notice of Hearing on Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 4/23/2008 at 9:50 AM EDT and filed on 4/23/2008
**Case Name:**         Awuah v. Coverall North America, Inc.,
**Case Number:**       1:07-cv-10287
**Filer:**
**Document Number:** No document attached

Docket Text:
**ELECTRONIC NOTICE of Hearing on Motion [64] MOTION to Strike** *Coverall's Arbitration Clause* **: Motion Hearing set for 5/29/2008 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie)**

**1:07-cv-10287 Notice has been electronically mailed to:**

Harold L. Lichten   harold@prle.com, cnile@prle.com

Erica F. Crystal   ecrystal@prle.com

Michael D. Vhay   michael.vhay@dlapiper.com

Shannon E. Liss-Riordan   sliss@prle.com, jhunt@prle.com

Hillary A. Schwab   hschwab@prle.com, jhunt@prle.com

Jennifer L. Sullivan   jennifer.sullivan@dlapiper.com

Jerald R. Cureton   jcureton@curetoncaplan.com

Anthony L. Marchetti   amarchetti@curetoncaplan.com

**1:07-cv-10287 Notice will not be electronically mailed to:**

4/24/2008
</span>

Lisa S. Core
DLA Piper Rudnick Gray Cary US LLP
One International Place
21st Floor
Boston, MA 02108

John F. Dienelt
DLA Piper US LLP
1200 19th Street, NW
Washington, DC 20036

4/24/2008