UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COVERALL NORTH AMERICA INC., <br><br> Petitioner, <br><br> v. <br><br> DENISSE PINEDA, <br><br> Respondent. | 07-CV-3012 (WJM) <br><br> ORDER <br><br> HON. WILLIAM J. MARTINI |

**THIS MATTER** comes before the Court upon consideration of the Petition to Compel Arbitration by Coverall North America Inc.; and the Court noting that Respondent is one of the plaintiffs in a class action against Petitioner in the District of Massachusetts, in which Respondent along with other class plaintiffs are engaged in discovery regarding the enforceability of arbitration agreements between the parties; and for good cause shown,

**IT IS** on this 24th day of June, 2008, hereby,

**ORDERED** that all proceedings in this action are STAYED until further order of the Court.

William J. Martini, U.S.D.J.