UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COVERALL NORTH AMERICA INC.,**<br><br>  Petitioner,<br><br>v.<br><br>**DENISSE PINEDA,**<br><br>  Respondent. | 07-CV-3012 (WJM)<br><br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

  **THIS MATTER** comes before the Court upon Respondent's various status update letters to the Court; and the Court finding that in the interests of case management, Respondent and Petitioner shall first request leave from the Court before filing any further letters; and for good cause shown,

  **IT IS** on this 25th day of June, 2008, hereby,

  **ORDERED** that Petitioner and Respondent shall first request leave from the Court before filing any further letters regarding the status of cases not before this Court.


                                                       s/William J. Martini
                                                       **William J. Martini, U.S.D.J.**