**ANSA ASSUNCAO, LLP**
**(A Pennsylvania Limited Liability Partnership)**
Two Tower Center Blvd., Suite 1600
East Brunswick, New Jersey 08816-1100
(732) 993-9850
Attorneys for Petitioner
Coverall North America, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COVERALL NORTH AMERICA, INC., <br><br> Petitioner, <br><br> vs. <br><br> DENISSE PINEDA, <br><br> Respondent. | Civil Action No.: 07-03012 <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on January 18, 2011, I electronically filed the annexed Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    I hereby certify that the above statements made by me are true. I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

Dated:    January 18, 2011

                                                                  Respectfully submitted,

                                                                   /s/ Steven F. Gooby
                                                                 Steven F. Gooby
                                                                 ANSA ASSUNCAO, LLP